UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _03/13/2020_

-------------------------------------------------------- X

UNITED STATES OF AMERICA          :
                                  :
        -against-                 :          19-CR-212 (VEC)
                                  :
                                  :          ORDER
JAMAL WATSON,                     :
                                  :
                    Defendant.    :
-------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS sentencing is currently scheduled for April 6, 2020;

IT IS HEREBY ORDERED THAT the sentencing is adjourned to **May 5, 2020, at 11:00**

**A.M.** Sentencing submissions are due by **April 21, 2020**.


**SO ORDERED.**

**Dated: March 13, 2020**
        **New York, NY**

_____
        **VALERIE CAPRONI**
        **United States District Judge**