USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 03/24/2020

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------X
                                      :
UNITED STATES OF AMERICA              :
                                      :   19 CR 212 - 1
     -against-                        :   ORDER
                                      :
Jamal Watson                          :
                                      :
          Defendant                   :
                                      :
--------------------------------------X
```

Valerie E. Caproni, United States District Judge:

ORDERED that the defendant's bail be modified to remove the condition of home detention with GPS monitoring.

Dated: New York, New York
       March  24 , 2020

                                    SO ORDERED

                                    _____
                                    Valerie E. Caproni
                                    United States District Judge