UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

UNITED STATES OF AMERICA

-against-

JAMAL WATSON, SILVESTRE MAHON,

Defendants.

------------------------------------------------------------- X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  04/20/2020
```

19-CR-212 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS Mr. Watson and Mr. Mahon are each scheduled for a sentencing hearing on May 5, 2020;

IT IS HEREBY ORDERED THAT the sentencing hearing for Mr. Watson is adjourned to **11:00 A.M. on July 1, 2020**. The sentencing hearing for Mr. Mahon is adjourned to **2:00 P.M. on July 1, 2020**. Sentencing submissions from the parties in both matters are due by **June 17, 2020**.

**SO ORDERED.**

**Dated: April 20, 2020**
       **New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**