USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___09/03/2020___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
  UNITED STATES OF AMERICA        :
                                     :
        -against-               :        19-CR-212 (VEC)
                                     :
  JAMAL WATSON,              :        ORDER
                 Defendant.   :
-------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS sentencing is currently scheduled for Wednesday, September 9, 2020 at 11:00 A.M.;

      IT IS HEREBY ORDERED THAT, no later than **Friday, September 4, 2020 at 6:00 P.M.**, the parties must submit a joint letter addressing the following:

1. Does the Government's evidence show that Mr. Watson was distributing cocaine from the home in which his children, particularly his son Jamal Watson, Jr., resided?

2. Is the house from which the Defendant distributed cocaine owned by Mr. Watson?

3. Does the Defense dispute the Government's assertion that Mr. Watson has been distributing cocaine since at least 2009?

4. If the Defense disputes that Mr. Watson has been distributing cocaine since at least 2009, does the Defense want a *Fatico* hearing?

5. If the Defense would like a *Fatico* hearing, the letter must include two mutually acceptable dates for such a hearing.

**SO ORDERED.**

**Dated: September 3, 2020**
     **New York, NY**

                                      **VALERIE CAPRONI**
                                      **United States District Judge**